UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-800

**Caption [use short title]**

**Motion for:** Adjourn for a new oral argument date

Set forth below precise, complete statement of relief sought:

Appellant seeks a new oral argument date anytime after 4/13/22

Coleman v. Grand

**MOVING PARTY:** Steven D. Coleman
**OPPOSING PARTY:** Maria K. Grand

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Giel Stein
**OPPOSING ATTORNEY:** Katherine L. McKnight

[name of attorney, with firm, address, phone number and e-mail]

Clark Hill PLC
130 E. Randolph Street, Suite 3900
Chicago, IL 60601

Baker & Hostetler LLP
1050 Connecticuit Av., N.W., Suite 1100
Washington, DC 20036

**Court- Judge/ Agency appealed from:** U.S. District Court for the Eastern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: 4/13/2022

**Signature of Moving Attorney:**
/s/ Giel Stein    Date: 2/18/2022    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 21-800

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

───────────────────────────────────────────

STEVEN DOUGLAS COLEMAN,
*Appellant,*
v.
MARIA KIM GRAND,
*Appellee.*

───────────────────────────────────────────

**APPELLANT'S MOTION TO ADJOURN
FOR A NEW ORAL ARGUMENT DATE**

───────────────────────────────────────────

Appellant Steven Coleman respectfully files this motion to resolve his appellate counsel Giel Stein's personal scheduling conflict which could otherwise prevent Mr. Stein from arguing this matter on its presently scheduled oral argument date of April 13, 2022.

Mr. Stein submitted his Oral Argument Statement in October of last year, noting the dates when he would be unavailable for oral argument during the ensuing 20 weeks. Late last year, Mr. Stein booked a family vacation to Kuai over the course of his children's Spring Break from April 7-16, 2022. Mr. Stein inadvertently forgot to inform the Court about this change in his availability, an

oversight for which he apologizes. Mr. Stein did not realize his conflict until last week, when the Court set oral argument in this matter for April 13, 2022.

This case and the opportunity to argue it before the Court are very important to Mr. Stein and his client Mr. Coleman. Mr. Stein's family vacation in April, coming at considerable cost and after a difficult pandemic period that Mr. Stein's wife endured as a physician caring for COVID-19 afflicted patients, is also very important to Mr. Stein and his family. Mr. Stein acknowledges that the present conflict is of his own making because he inadvertently neglected to inform the Court of his conflicting family vacation. Again, Mr. Stein deeply regrets this oversight.

To resolve the present conflict, Appellant respectfully moves the Court to adjourn this matter so that it can be re-set for oral argument on the next available date for all concerned. As of this writing, Mr. Stein can be available any day after he returns from vacation on April 16 through the end of August.

Appellant's counsel has conferred with Appellee's counsel about this motion. Appellee's counsel opposes the relief sought.

Dated: February 18, 2022  Respectfully submitted,

*/s/ Giel Stein*
Giel Stein
Clark Hill PLC
130 E Randolph St., Ste. 3900
Chicago, IL 60601

2

3

        Telephone: 312-985-5900
        Fax: 312-985-5999
        gstein@clarkhill.com
        Steven M. Richman
        Clark Hill PLC
        830 Third Avenue, Suite 200
        New York, NY 10022
        Telephone: 609-785-2911
        Fax: 609-785-2999
        srichman@clarkhill.com

        *Counsel for Appellant*
        *Steven Douglas Coleman*

3

## CERTIFICATE OF SERVICE

I, Giel Stein, hereby certify that on February 18, 2022, I served a copy of Plaintiff-Appellant Steven Douglas Coleman's MOTION TO ADJOURN FOR A NEW ORAL ARGUMENT DATE by filing it with the Clerk of the Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Giel Stein*
Giel Stein

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limits of Fed. R. App. P. 32 and Local Rule 32.1 because, excluding the items in Fed. R. App. P. 32(f), this document contains 296 words including in the footnotes.

This brief complies with the typeface and type style requirements because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

Dated: February 18, 2022

*/s/ Giel Stein*
Giel Stein

4