# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of March, two thousand twenty two,

Steven Douglas Coleman,

  Plaintiff-Counter-Defendant-Counter-Claimaint-Appellant,

v.

Maria Kim Grand,

  Defendant-Counter-Claimant-Counter-Defendant-Appellee.

**ORDER**
Docket No. 21-800

IT IS HEREBY ORDERED that the oral argument in the above entitled appeal, set for Wednesday, April 13, 2022, is ADJOURNED.

Oral argument will be rescheduled at a later date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court