# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand twenty-five.

Before:    Richard J. Sullivan,
       *Circuit Judge.*

_____

Steven Douglas Coleman,          **ORDER**

     Plaintiff--Appellant,          Docket No. 21-800

v.

Maria Kim Grand,

     Defendant--Appellee.
_____

  Giel Stein, Steven Richman, and Elizabeth Griffin move for leave to withdraw as counsel for Appellant.

  IT IS HEREBY ORDERED that the motion is GRANTED.

                 For the Court:
                 Catherine O'Hagan Wolfe,
                 Clerk of Court